1  STEVEN T. JAFFE
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   ASHLIE L. SURUR
3  Nevada Bar No. 11290
   asurur@lawhjc.com
4
   **HALL JAFFE & CLAYTON, LLP**
5  7425 PEAK DRIVE
   LAS VEGAS, NEVADA 89128
6  (702) 316-4111
   FAX (702)316-4114
7

8  *Attorneys for Defendant*
   *BCI Coca-Cola Bottling Company of Los*
9  *Angeles*

10                    UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF NEVADA

12 PATRICIA IRENE SPARKS,
                                              CASE NO.:  2:13-cv-01468-RFB-VCF
13         Plaintiffs,

14 vs.

15 BCI COCA-COLA BOTTLING COMPANY OF
   LOS ANGELES, COCA-COLA
16 REFRESHMENTS USA, INC.;  ROE
   CORPORATIONS I - X; DOES XI - XX; ROE
17 MAINTENANCE CORPORATIONS XXI -
   XXV; and DOE EMPLOYEES XXVI - XXX,
18
19         Defendants.

20              **STIPULATION TO DISMISS WITH PREJUDICE**

21      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, Defendant, BCI

22 Coca-Cola Bottling Company of Los Angeles, and Plaintiff, Patricia Irene Sparks, by and through their

23 respective attorneys of record, respectfully submit this stipulation for the Court's approval.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

## STIPULATION

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action be dismissed in its entirety, with prejudice, and each party bearing its own attorney's fees and costs.

Dated: 6/9/16

HALL JAFFE & CLAYTON, LLP

By: /s/
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for Defendant,*
*BCI Coca-Cola Bottling Company of Los Angeles*

Dated: 6/8/16

EDWARD M. BERNSTEIN & ASSOCIATES

By: /s/
David M. Moore, Esq.
Nevada Bar. No. 8580
Patti S Wise, Esq.
Nevada Bar No. 5624
500 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*Patricia Irene Sparks*

## ORDER

IT IS SO ORDERED.

Dated: June 19, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

2